# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| DIEMI MONTGOMERY,<br><br>                Plaintiff,<br><br>vs.<br><br>TRION CITY SCHOOLS,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 4:22-CV-185-HLM-WEJ |

## J U D G M E N T

This action having come before the court, Honorable Harold L. Murphy, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** for want of prosecution based on Plaintiff's failure to obey a Court Order.

Dated at Rome, Georgia, this 1st day of November, 2022.

                                                          KEVIN P. WEIMER
                                                          CLERK OF COURT

                                  By:    s/Jill Ayers
                                         , Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 1, 2022
Kevin P. Weimer
Clerk of Court

By:    s/Jill Ayers
        Deputy Clerk