UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DIENI MONTGOMERY,<br><br>          Plaintiff,<br><br>vs.<br><br>TRION CITY SCHOOLS,<br><br>          Defendant. | CIVIL ACTION FILE<br><br>NO. 4:22-CV-185-HLM-WEJ |

### **AMENDED JUDGMENT**

This action having come before the court, Honorable Harold L. Murphy, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** for want of prosecution based on Plaintiff's failure to obey a Court Order.

Dated at Rome, Georgia, this 10th day of November, 2022.

                                              KEVIN P. WEIMER
                                              CLERK OF COURT

                                 By:   s/Jill Ayers
                                                     , Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 10, 2022
Kevin P. Weimer
Clerk of Court

By:   s/Jill Ayers
        Deputy Clerk